IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

**JANICE LEWIS,**
**ANNIE LEWIS, and**
**HERBERT LEWIS,**

     Plaintiffs,

v.   No.   2:09-cv-2012

**STATE FARM FIRE AND CASUALTY**
**COMPANY,**
     Defendant.

---

ORDER OF DISMISSAL WITH PREJUDICE

---

The parties have stated to the Court that all issues between and among the Plaintiffs Janice Lewis, Annie Lewis and Herbert Lewis and Defendant State Farm Fire and Casualty Company have been resolved by way of compromise. The parties jointly requested that the Court enter a judgment of dismissal with prejudice.

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED that the action brought by Janice Lewis, Annie Lewis and Herbert Lewis against State Farm Fire and Casualty Company be and is hereby dismissed with prejudice.

ENTERED: This the 1st day of July, 2010.

                    /s/ Jon P. McCalla
                    **HONORABLE JON PHIPPS McCALLA**
                    United States District Court Judge