```
          IN THE UNITED STATES DISTRICT COURT
         FOR THE WESTERN DISTRICT OF TENNESSEE
                    WESTERN DIVISION
```

```
JANICE LEWIS, ANNIE LEWIS,         )
and HERBERT LEWIS,                 )
                                   )
    Plaintiffs,                    )
                                   )
vs.                                )  No. 2:09-cv-02012-JPM-tmp
                                   )
STATE FARM FIRE & CASUALTY         )
COMPANY,                           )
                                   )
    Defendant.                     )
```

### JUDGMENT

**JUDGMENT BY COURT.** This action having come before the Court on the Order of Dismissal with Prejudice,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Order of Dismissal with Prejudice, this case is DISMISSED WITH PREJUDICE in its entirety.

APPROVED:

/s/ Jon P. McCalla_____
JON P. McCALLA
CHIEF U.S. DISTRICT JUDGE

July 1, 2010_____
Date